265 So.2d 241

**MATLOCK OIL CORPORATION et al.**

v.

**C. H. C. GERARD et al.**

**MATLOCK OIL CORPORATION et al.**

v.

**Harper P. COLVIN et al.**

**MATLOCK OIL CORPORATION et al.**

v.

**HASSIE HUNT TRUST et al.**

No. 52712.

July 31, 1972.

Writ: Not considered. Not timely filed.